```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAUL POLICARPO and NATALIO                                  :
CEBALLOS, on behalf of themselves, and all                  :
other persons similarly situated,                           :
                                                            :
                                    Plaintiffs,             :
                                                            :
                    -against-                               :
                                                            :
APRIL CORP., d/b/a/ TERRA MARKET,                           :
BLANCA GONZALEZ, and John Does #1-10,                       :
                                                            :
                                    Defendants.             :
                                                            :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2021

21-CV-4210 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiffs filed this action on May 11, 2021, (Doc. 1), and filed affidavits of service as to Defendants April Corp. and Blanca Gonzalez (collectively, "Defendants") on June 8, 2021, (Docs. 7, 8). The original deadline for Defendants to respond to Plaintiffs' complaint was June 25, 2021. (*See* Docs. 7, 8.) Defendants subsequently requested, and I granted, an extension of time until July 20, 2021 for them to answer or otherwise respond to Plaintiffs' complaint. (Docs. 12, 13.)

To date, Defendants have not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 30, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 22, 2021
           New York, New York

                                                                    VERNON S. BRODERICK
                                                                    United States District Judge