UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :

RAUL POLICARPO and NATALIO
CEBALLOS, on behalf of others similarly
situated

                         21-cv-4210 (VSB)

                   Plaintiffs,

                         **ORDER**

          -against-

APRIL CORP., d/b/a/TERRA MARKET,
BLANCA GONZALEZ, and JOHN DOES
#1-10,

                  Defendants.

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It is hereby ORDERED that on or before June 17, 2022, the parties shall file a joint letter notifying this Court of the current status of the case.

SO ORDERED.

Dated: June 9, 2022
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge