UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                        :

RAUL POLICARPO and NATALIO      :
CEBALLOS, on behalf of others similarly  :
situated                             :
                                        :            21-cv-4210 (VSB)
                         Plaintiffs,   :
                                        :             **ORDER**
           -against-         :
                                        :

APRIL CORP., d/b/a/TERRA MARKET,   :
BLANCA GONZALEZ, and JOHN DOES  :
#1-10,                               :
                                        :
                     Defendants.  :
                                        :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I previously ordered the parties to update me on the status of the case by June 17, 2022.

(Doc. 28.)  To this day, no update has been provided.  Accordingly, it is hereby ORDERED that

the above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's docket if the application to restore the action is made on or

before July 24, 2022.

SO ORDERED.

Dated:  June 24, 2022
       New York, New York

                                      Vernon S. Broderick
                                      United States District Judge