UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                                          :

RAUL POLICARPO and NATALIO
CEBALLOS, on behalf of others similarly
situated.,

                           Plaintiff,   :         21-cv-4210 (VSB)

              -against-   :         **ORDER**

APRIL CORP., d/b/a/TERRA MARKET,
BLANCA GONZALEZ, and JOHN DOES
#1-10,
                                                                         X
                         Defendant.
---------------------------------------------------------

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 25, 2022, Plaintiff moved to reopen 21-cv-4210, which was previously dismissed without prejudice on July 24, 2022 for failure to update the court on the status of the case. (Doc. 29). I granted this motion on July 26 and ordered the parties to either file an AO 85 Form of Notice, Consent, and Reference of a Civil Action to a Magistrate Judge or a revised proposed case management plan and scheduling order by August 9, 2022. (Doc. 31). To date, neither have been filed. If parties do not file an AO 85 or a proposed case management plan and scheduling order by August 12, 2022, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                                                               Vernon S. Broderick
                                                                               United States District Judge