UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RAUL POLICARPO and NATALIO :
CEBALLOS, on behalf of others similarly :
situated :
: 21-cv-4210 (VSB)
Plaintiffs, :
: **ORDER**
-against- :
:
APRIL CORP., d/b/a/TERRA MARKET, :
BLANCA GONZALEZ, and JOHN DOES :
#1-10, :
:
Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

  I previously ordered the parties to file an AO 85 Form of Notice, Consent, and Reference of a Civil Action to a Magistrate Judge or a case management plan and scheduling order by August 9, 2022. (Doc. 31.) This deadline was extended to August 12, 2022, and parties were warned that failure to file would lead to dismissal pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 32.) To this day, no update has been provided.  Accordingly, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made on or before September 16, 2022.

SO ORDERED.

Dated: August 17, 2022
   New York, New York

                     Vernon S. Broderick
                     United States District Judge