USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAUL POLICARPO and NATALIO CEBALLOS,
on behalf of himself and all others
similarly situated,

                                Plaintiffs,                          21-CV-4210 (KHP)

        -against-

                                                           **ORDER**

APRIL CORP., d/b/a/TERRA MARKET,
BLANCA GONZALEZ, and JOHN DOES
#1-10,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 6, 2023, Plaintiffs informed the Court that the parties had reached a settlement agreement in this action. The Court ordered the parties to file a motion for approval of the settlement as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) ("*Cheeks* Motion"), by **Tuesday, March 28, 2023**. No such motion was filed. The Court grants a *nunc pro tunc* extension of the deadline for the *Cheeks* Motion until **Friday, April 7, 2023**.

In the event the parties are not prepared to file a *Cheeks* Motion by that date, they must file a request for a reasonable extension of time to file the *Cheeks* Motion that provides an explanation as to why the extension of time is needed.

        SO ORDERED.

DATED:     New York, New York
               March 29, 2023

                                                          _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge